1  Your Name: Tinika SeCal Warren
2  Address: 610 Belrose Street Las Vegas, NV 86107
3  Phone Number:
4  Fax Number:
5  E-mail Address: tinikawarren60@gmail.com
6  Pro Se Plaintiff

FILED ___ ENTERED ___ SERVED ON COUNSEL/PARTIES OF RECORD
OCT 22 2025
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

2:25-cv-02058-APG-BNW

Tinika SeCal Warren, pro se

Plaintiff,

vs.

William Leonard Roberts II, aka Rick Ross, et al Wing Stop franchisee, Drais Club

Defendant.

Case Number: _____

**COMPLAINT**

DEMAND FOR JURY TRIAL

Yes ☐  No ☐

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

1. My case belongs in federal court

☐ under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] _____

_____.

☒ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## VENUE

Page ___ of ___

[*Nevada is one "judicial district." Check the box for each venue option that applies.*]

2. Venue is appropriate in this Court because:

☒ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

**INTRADISTRICT ASSIGNMENT**

[*This District has two unofficial divisions. One is the "Northern Division" covering northern Nevada including Carson City, Churchill, Douglas, Elko, Eureka, Humboldt, Lander, Lyon, Mineral, Pershing, Storey, Washoe and Whitepine counties at the courthouse in Reno. One is the "Southern Division" covering southern Nevada including Clark, Esmeralda, Lincoln, and Nye counties at the courthouse in Las Vegas.*]

3. Because this lawsuit arose in ___Clark___ County, it should be assigned to the ___Federal___ Division of this Court.

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: ___Tinilca SoCal Warren___

Address: ___610 Belrose Street, Las Vegas, NV 89107___

Telephone: _____

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: ___William Leonard Roberts II___

Address: ___[if Defendant is an individual do not list home address, just use county and state]___

Telephone: _____

Defendant 2:

Page ___ of ___

1  Name: Wing Stop franchisee, William Leonard Roberts
2  Address: ___ [if Defendant is an individual do not list home address, just use county and state]
3  Telephone: ___
4  Defendant 3:
5  Name: Drais Beach + Night Club
6  Address: ___ [if Defendant is an individual do not list home address, just use county and state]
7  Telephone: ___

## STATEMENT OF FACTS

[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]

___. This Artist is part of the Def Jam Recordings artist that write/wrote lyrics about me "Exotic" glittered in "gold" my "Victrias Secret" lotion and body shimmer that I wore to dance for "BMF" Members + Bachelor Parties as a Club Pin Ups dancer; he thinks he's "Big Meech" is a delusional "Lyric" for him as a character. The "BMF" documentary video showed them asking about "Tinika" and "Lietant Larry

___. Steven Dooley, fulton county swat sheriffs Officer and a second job holder at Truist Bank as VP of Artuticin Infastrute Expert "Hacker" computer coding.

___. The Artist/Franchisee made Money by

Page ___ of ___

1. was my "branded" name and popularity
2. in the "white man" community of corporate
3. structure of Aaron Rents Inc, where I
4. was the Corporate Administrator of
5. Management Training and Development
6. Charlie Loudermilk, CEO is a business
7. partner to President Trump and Trump
8. used our corporate office owner ranch for
9. business purposes; In addition Herman Cain
10. the president candidate for the republican
11. run off was the cousin to my live in boyfriend
12. "Gary Eugene Moore" at 2601 Clifton Springs
13. Rd, Decatur, Ga and neighbor to "future"
14. during his childhood, Nayvadius also used
15. my stage name and wrote lyrics
16. "Exotic" for my stage performance before
17. coming to my job at the studio. future
18. was "kicked out the club for touching my
19. inner thigh.

## CLAIMS

### First Claim

*(Name the law or right violated: _____)*

*(Name the defendants who violated it: _____)*

*[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]*

___. _____
_____
_____
_____
_____
_____

___. _____
_____
_____
_____
_____

___. _____
_____
_____

___. _____
_____
_____

___. _____
_____
_____

_____ **Claim**

(*Name the law or right violated:* _____)

(*Name the defendants who violated it:* _____)

\_\_\_\_. _____

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

Demand $18 million + doctor bills and housing accommodations; settlement in lieu of working in my career they are sabotaging

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 10/31/2025    Sign Name: Tinika
                    Print Name: Tinika Selal Warren

*[Copy this page and insert it where you need additional space.]*