**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TINIKA SE'CAL WARREN, | Case No.: 2:25-cv-02058-APG-BNW |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| WILLIAM LEONARD ROBERTS II, et al., | [ECF No. 7] |
| Defendants | |

On February 10, 2026, Magistrate Judge Weksler recommended that I dismiss this case because plaintiff Tinika Se'Cal Warren did not file an amended complaint by the court-ordered deadline. ECF No. 7.  Warren did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 7) is accepted, and this case is dismissed without prejudice.  The clerk of court is instructed to close this case.

DATED this 25th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE